IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 07 CV 4993 |
| JERSON ELECTRIC CORPORATION, an Illinois Corporation, and GERALD L. BELL, Individually, | ) ) ) ) | Judge: Bucklo |
| Defendants. | ) | |

## MEMORANDUM OF JUDGMENT

On December 10, 2007, Judgment was entered in favor of the Plaintiffs, TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS and against Defendant, JERSON ELECTRIC CORPORATION, an Illinois Corporation, and GERALD L. BELL, Individually, in the total amount of $131,839.62.

DATED: 12/17/07

ENTER: *Elaine E. Bucklo*
Honorable Judge Elaine E. Bucklo

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd.
Chicago, IL 60604
(312) 236-0415